# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Shango Cleve Heidelberg Jr.

                    Plaintiff,

v.                                                        Case No.: 1:74–cv–03598

                                                                Honorable Harry D. Leinenweber

Allyn Sielaff, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 23, 2018:

      MINUTE entry before the Honorable Harry D. Leinenweber: Mr. Thomas's Request [ECF No. 556] is granted in part. The Court recruited Andrew H. Perellis, Seyfarth Shaw LLP, 233 S. Wacker Drive, Suite 8000, Chicago, IL 60606, as class counsel pursuant to Court Order dated March 22, 2017 [ECF No. 559]. Mr. Stewart's Motions [ECF Nos. 557, 558, 560, 563, 566, 567] are denied given that this Court has ordered that "[n]o further filling by any inmates regarding the matter is called for in light of incoming counsel and the Decree's requirement to proceed through counsel" in its Order dated February 1, 2017 [ECF No. 551]. Mr. Stewart is directed to mail any correspondence regarding the facts of this case to class counsel. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.